UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        - v -                      :

<u>ORDER</u>

ROBERT BANKS,                     :

99 Cr. 1048 (DC)

            Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

       Defendant having moved *pro se* for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Dkt. No. 269), it is hereby ordered that the Government shall respond to the motion in writing on or before September 27, 2022. The Clerk of the Court shall mail a copy of this order to Mr. Banks at the address listed below.

       SO ORDERED.

Dated:    New York, New York
            September 12, 2022

                                              DENNY CHIN
                                              United States Circuit Judge
                                              Sitting by Designation

To:     Robert Banks, Register No. 48367-054
        Federal Correctional Complex Allenwood Medium
        P.O. Box 2000
        White Deer, PA  17887