UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

        - v -                              :

                                                              ORDER

ROBERT BANKS,                      :

                                                              99 Cr. 1048 (DC)

                Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        The Government having requested additional time to respond to Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Dkt. No. 269), it is hereby ordered that the time for the Government to respond is extended to October 21, 2022.  The Clerk of the Court shall mail a copy of this order to Mr. Banks at the address listed below.

        SO ORDERED.

Dated:    New York, New York
              October 7, 2022

                                                              DENNY CHIN
                                                               United States Circuit Judge
                                                               Sitting by Designation

To:    Robert Banks, Register No. 48367-054
       Federal Correctional Complex Allenwood Medium
       P.O. Box 2000
       White Deer, PA  17887