UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER ON MOTION FOR REDUCTION IN SENTENCE |
| - v - | : | UNDER 18 U.S.C. §3582(c)(1)(A) |
| ROBERT BANKS, | : | (COMPASSIONATE RELEASE) |
| Defendant. | : | CASE NO. 99-CR-1048-1 (DC) |

------------------------------x

Upon motion of the defendant, Robert Banks, for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a reduction is warranted (and, if so, the amount of the reduction), and for the reasons set forth in the Court's Opinion filed today,

IT IS ORDERED that the motion is GRANTED, and

The defendant's previously imposed sentence of 372 months' imprisonment (Count One) and 180 months' imprisonment (Count Two), the terms to run consecutively, is reduced to time served.

The defendant is to remain in Bureau of Prisons custody until the defendant's residence can be verified or a release plan can be developed. Additional custody shall not exceed ten days unless extended by the Court.

The defendant's term and conditions of supervised release are unchanged.

IT IS SO ORDERED.

Dated:   New York, New York
         October 31, 2022

_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation